UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK S. DUCLOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case number 4:06cv1341TCM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

By Order of February 20, 2007, this Court directed Plaintiff to show cause within 14 days why her action should not be dismissed for failure to comply with Local Rule 9.02 and with the Case Management Order entered on September 21, 2006. Plaintiff has failed to respond to this Order. Accordingly,

**IT IS HEREBY ORDERED** that this cause of action is DISMISSED for failure to prosecute and for failure to comply with a Court order.

/s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of March, 2007.